**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE UNITED STATES STEEL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) | Lead Case No.: 17-1005 <br><br> (Derivative Action) |
| This Document Relates To: | ) ) | Judge Cathy Bissoon |
| ALL ACTIONS. | ) ) ) | |

## ORDER STAYING CASE

The Parties' Joint Motion (Doc. 26) to Stay Case Pending Developments in the Related

Securities Class Action is hereby GRANTED.

Accordingly, IT IS ORDERED that:

1.      This matter shall be STAYED and ADMINISTRATIVELY CLOSED until the

earlier of thirty (30) days after: (i) the entry of an order on Defendants' anticipated motion to

dismiss in the action captioned <u>Vrakas v. United States Steel Corporation</u>, Civil Action No. 17-

579 (the "Related Securities Class Action"); (ii) a final order dismissing the Related Securities

Class Action with prejudice; or (iii) until otherwise agreed to by the Parties and approved by the

Court upon a motion, but subject to each party's right (a) to move the Court to lift or extend the

stay and (b) to oppose such motions.  All other deadlines previously established in this action are

hereby VACATED.

2.      Notwithstanding the stay in this matter, Plaintiffs may file a consolidated

complaint during the period of the stay.  Defendants shall be under no obligation to respond to

any such complaint while this matter is stayed, unless otherwise ordered by the Court.

3.     If any discovery occurs in the Related Securities Class Action while this matter is stayed, the Parties shall meet and confer regarding the possible production and use of such discovery in this matter.

4.     If documents are produced by U.S. Steel or any of the Individual Defendants in connection with any related derivative action or in response to an inspection demand or action under Title 8, Delaware Code § 220 ("§ 220") while this matter is stayed, U.S. Steel shall provide Plaintiffs with copies of such documents and written discovery responses produced by U.S. Steel and/or the Individual Defendants, subject to the provisions of paragraph 6 below.

5.     With regard to transcripts of depositions taken in any related derivative action, or in response to an inspection demand or action under § 220, U.S. Steel shall provide Plaintiffs with court reporter contact information within five (5) business days of any deposition so that Plaintiffs may request copies of deposition transcripts.  As stipulated by the Parties, U.S. Steel will not oppose such requests for transcripts (or portions thereof) that have been designated as confidential by U.S. Steel under any confidentiality agreement or order governing the documents produced in the related derivative action, or in response to an inspection demand or action under § 220, subject to the provisions of paragraph 6 below.

6.     As stipulated by the Parties, Plaintiffs' right to receive documents, written discovery responses, or deposition transcripts as described above will be contingent upon their agreement to be bound by any agreement or order governing those materials in the related derivative action or in response to an inspection demand or action under § 220, with the express understanding that Plaintiffs shall be entitled to use any such documents produced to them pursuant to their Agreement (Doc. 24), or this Order, in this consolidated derivative action.  As also stipulated, if Plaintiffs cannot become a party to any such agreement or order, they will enter

into a separate agreement with U.S. Steel acknowledging their agreement to be bound by the terms of such agreement or order, with the express understanding that Plaintiffs shall be entitled to use any such documents produced to them pursuant to their Agreement (Doc. 24), or this Order, in this consolidated derivative action, and further will agree that their acknowledgement of the agreement or order may be enforceable in this consolidated derivative action.

7.      Within thirty (30) days of the expiration of the stay set forth in paragraph 1 above, or at such other time as may be agreed by the Parties and approved by this Court upon a motion, the Parties shall meet and confer concerning a schedule for further proceedings in this matter and will propose a schedule to the Court accordingly.

        IT IS SO ORDERED.


December 1, 2017                                    s/Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record